**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LABELLE FASHIONS, INC.**                                                                   **PLAINTIFF**

**VS.**                              **CASE NO. 4:07CV00447 JMM**

**DILLARD'S. INC.**                                                                              **DEFENDANT**

**ORDER**

Plaintiff's unopposed Motion to Non-Suit is granted (#23). The complaint is dismissed without prejudice and alll pending motions are dismissed as moot. Each party to bear its own fees and costs.

IT IS SO ORDERED THIS  13  day of  December  2007.


_____
James M. Moody
United States District Judge