## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LABELLE FASHIONS, INC.**                                            **PLAINTIFF**

**V.**                                  **4:08CV004216**

**DILLARD'S, INC.**                                                   **DEFENDANT**

### ORDER

On February 6, 2009 the Court granted the motion of Plaintiff's counsel, Luther Sutter and the law firm of Harrill & Sutter, PLLC to withdraw. The Court directed the Plaintiff to notify the Court of substitute counsel within 120 days. Further, the Court cautioned the Plaintiff that if it failed to communicate with the Court as directed its case would be dismissed. The Court has received no communication from the Plaintiff since that date. Accordingly, Plaintiff's complaint is hereby dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of July, 2009.

_____
James M. Moody
United States District Judge